# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

November 10, 2011

**Before**

ILANA DIAMOND ROVNER, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

RICHARD L. YOUNG, *District Judge* [*]

| | |
|---|---|
| LAURA A. MAKOWSKI, | Appeal from the United States District |
| *Plaintiff-Appellant*, | Court for the Northern District of Illinois, |
| | Eastern Division. |
| No. 10-3330          *v.* | |
| | No. 1:08-cv-06912 |
| SMITHAMUNDSEN LLC, | |
| GLEN E. AMUNDSEN and | John W. Darrah, *Judge.* |
| MICHAEL DELARGY, | |
| *Defendants-Appellees*. | |

## O R D E R

The slip opinion issued in the above-entitled cause on November 9, 2011, is amended as follows:

> On page 1, the first sentence should reflect the employee's name
> as "Laura Makowski".

---

[*] The Honorable Richard L. Young, Chief Judge of the United States District Court for the Southern District of Indiana, sitting by designation.